IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs                        4:02CR00016-01-BRW

KELLY FITZGERALD

## AMENDED AND SUBSTITUTED
## JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petitions to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

The defendant is sentenced to a period of 24 months at a designated Bureau of Prisons correctional facility. The defendant is to participate in residential substance abuse treatment during incarceration. The defendant is to be placed at the BOP correctional facility at Texarkana, Texas.

A term of supervised release of 1 year is to be imposed following incarceration with special condition that upon release he complete 30 days of residential treatment followed by 6 months of Chemical Free Living. All other terms and conditions of the defendant's supervised release remain the same.

The defendant is remanded into the custody of the U.S. Marshal.

IT IS SO ORDERED this 18th day of November, 2011.

                                                        /s/Billy Roy Wilson
                                        UNITED STATES DISTRICT JUDGE